DAVID STEINMETZ and Others, Respondents, v. HARRY H. HAAS, Doing Business, etc., Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

BEN FLIGEL, Respondent, v. PLYMOUTH RUBBER Co., INC., Appellant, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements, upon condition that plaintiff file a stipulation, within five days after service of order, that he will not serve the defendant Maurice J. Hamilburg with process, or cause him to be served, upon his appearance within this State for examination. Otherwise, the order so far as appealed from is reversed, with ten dollars costs and disbursements, and the motion denied, with ten dollars costs. No opinion. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

ALLEN H. KERR, Appellant, v. CUNARD STEAMSHIP COMPANY, LTD., Respondent. — Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

In the Matter of WALTER M. FRIEDLAND, an Attorney.— Reference ordered. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of GEORGE HIRSCH, an Attorney.— Reference ordered. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of ERNEST G. METCALFE, an Attorney.— Reference ordered. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of ERNEST ROLPH, an Attorney.— Reference ordered. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of NATHAN SCHWARTZ, an Attorney.— Reference ordered. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of FRANCIS J. SCUDERI, an Attorney.— Reference ordered. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

KNOX B. PHAGAN, as Assignee of BELGIAN LEATHER CORPORATION, v. WOLFF-TOBER SHOE MANUFACTURING COMPANY (a Corporation, etc.).— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

HOWARD JENSEN, an Infant, etc., by ALMA JENSEN, His Guardian ad Litem, v. THE UNION RAILWAY COMPANY OF NEW YORK.— Motion for reargument or to modify the order of this court denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy and Martin, JJ.